# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>James Jr. BAILEY,<br><br>                    Defendant. | Case No. 24MJ8235-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about March 18, 2024, within the Southern District of California, defendant James Jr. BAILEY, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, Luis Fernando RODRIGUEZ-Lomeli, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
FERNANDO QUIROZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th day of March, 2024.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
James Jr. BAILEY

**STATEMENT OF FACTS**

The Complaint and Statement of Facts are based upon statements in the investigative report by Border Patrol Agent Intelligence (BPA-I) L. Heipt that on March 18, 2024, James Jr. BAILEY (BAILEY), a United States citizen, was arrested near Calexico, California while smuggling one non-citizen in violation of Title 8, United States Code, Section 1324.

On March 18, 2024, Border Patrol Agents - Intelligence assigned to the El Centro Sector Intelligence Anti-Smuggling Unit Group # 2 (ASU) were conducting surveillance in Calexico, California. Remote Video Surveillance System Operator (V1) observed one individual climb up the United States/Mexico International Boundary Fence (IBF) from the Mexico side and scale down the IBF into the United States just east of Weed Road. Upon receiving the information from V1 that an individual had made an illegal entry into the United States in this area, ASU Agents strategically positioned their unmarked service vehicles along Highway 98 and began conducting static surveillance.

At approximately 6:10 p.m., V1 informed ASU Agents that they observed the suspected illegal alien enter the All-American Canal, swim across the All-American Canal, and run north from the All-American Canal towards Anza Road and onto Highway 98. Once at Highway 98, V1 watched as the individual ran across Highway 98 and stood on the northside of Highway 98. While the individual remained on the north side of Highway 98, BPA-I L. Heipt, who was positioned near Ferrell Road and Highway 98, observed a

tan Chrysler Town and Country (Van) bearing California license plates travel eastbound on Highway 98 towards the individual. Both V1 and ASU Agents watched as the Van slowed down, pulled over and came to a complete stop. Both V1 and ASU Agents observed the individual, later identified as Luis Fernando RODRIGUEZ-Lomeli (RODRIGUEZ) run to the Van, which had the sliding driver side door open, and enter the back seat of the Van.

After RODRIGUEZ entered the Van, the Van continued travelling eastbound on Highway 98 with the sliding door still open. ASU Agents positioned their unmarked service vehicles behind the Van and kept constant visual as it travelled through Calexico, California. ASU Agents continued to monitor the Van as it continued northbound on Dogwood Road. As the Van continued north on Dogwood Road towards Dannenberg Drive, ASU Agents were not able to maintain visual on the Van due to heavy traffic. At this time, ASU Agents lost visual of the Van and began searching for the Van. ASU Agents began searching for the Van in the local motels and on various streets in the residential neighborhoods of El Centro.

After approximately three hours, BPA-I A. Tapia observed the Van with matching license plates travelling eastbound on Euclid Avenue in El Centro. BPA-I A. Tapia relayed his observation to additional ASU Agents who were still searching the area. ASU Agents kept constant visual on the Van as it continued throughout various streets in El Centro, California before it travelled to the Shell Gas Station in El Centro.

While at the gas station, ASU Agents observed the driver, later identified as BAILEY, exit the Van and walk inside of the gas station. After approximately five minutes,

4

ASU Agents watched as BAILEY exited the gas station, entered the Van, and travelled to the Super 8 Motel in El Centro.

As the Van entered the parking lot of the Super 8 Motel and parked, ASU Agents strategically parked their unmarked service vehicles in the parking lot and watched as BAILEY entered room 109. At this time, several Agents approached room 109 while BPA J. Avina utilized his flashlight to illuminate the inside of the Van and observed RODRIGUEZ attempting to conceal himself in the rear seat of the Van. BPA J. Avina notified ASU Agents of his observation, identified himself as a Border Patrol Agent to RODRIGUEZ and ordered RODRIGUEZ out of the Van. RODRIGUEZ admitted to being in the United States illegally. RODRIGUEZ also admitted he made the illegal entry by climbing the border fence in an area other than through a designated Port of Entry.

While BPA J. Avina was questioning RODRIGUEZ as to his citizenship, ASU Agents knocked on the door of room 109 and announced themselves as BPAs. After knocking, the door was opened by BAILEY. ASU Agents questioned BAILEY regarding the Van and, as BAILEY was explaining that he did not know who the Van belonged to, the alarm of the Van began sounding. While the alarm was going off, BPA-I L. Heipt asked BAILEY where the keys to the Van were so he could turn the alarm off. BAILEY then stated that the keys were in his pocket. At this time, BAILEY was secured in handcuffs. BAILEY stated he was a United States Citizen but denied any involvement in alien smuggling.

After BAILEY denied being involved in alien smuggling, RODRIGUEZ informed BPA-I A. Tapia that BAILEY took his cell phone. BPA-I L. Heipt then asked BAILEY where he put RODRIGUEZ's cell phone. BAILEY stated to ASU Agents that the cell phone was inside of the motel room and asked his wife, who was in the room, to get his two cell phones as well as RODRIGUEZ's cell phone. After BAILEY's wife retrieved the three cell phones, ASU Agents placed BAILEY under arrest. BAILEY and RODRIGUEZ were transported to the Calexico Border Patrol Station for processing.

At the Border Patrol Station, BAILEY was advised of his Miranda rights and elected to answer questions without the presence of an attorney. BAILEY stated he is an unemployed truck driver and currently lives in El Centro. BAILEY stated he has been arrested before for alien smuggling and was hired for today's job by an unknown smuggler. BAILEY said he received the van he used in today's smuggling event from the unknown smuggler in the trailer park near Von's in El Centro. BAILEY was promised $500 for today's alien smuggling job and sometimes he is paid $250 to scout the border area for Border Patrol Agents. BAILEY drove to Highway 98 and picked up the illegal alien he was arrested with. He then drove around for several hours, stopped at his house, then eventually went to the motel he was arrested. BAILEY stated that the illegal alien never got out of the vehicle the entire time.

Material Witness RODRIGUEZ stated he is a citizen of Mexico. RODRIGUEZ stated he does not have the proper documents to enter or be legally in the United States. RODRIGUEZ stated he does not know how much he was going to be charged to be

smuggled to Los Angeles because his brother made all the arrangements. RODRIGUEZ stated he used a rope to climb up the border fence and used the same rope to get lowered down the border fence into the United States. RODRIGUEZ stated he was guided via cellular phone and was told to continue north till he reached a road and a gold-colored van was going to pick him up. RODRIGUEZ stated he waited for five minutes in the middle of the road and the van arrived to pick him up. RODRIGUEZ stated the driver opened the driver side sliding door and he got into the van.

The complainant states the name of the Material Witness is as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Luis Fernando RODRIGUEZ-Lomeli | Mexico |

Further, complainant states that the Material Witness is a citizen of country other than the United States; that said alien has admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.